UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Giavanni Martinez

                               Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

DOC # 5

Defendant ___Giavanni Martinez___ hereby voluntarily consents to participate in the following proceeding via **X** videoconferencing or **X** teleconferencing:

**X**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

## Giovanni Martinez
Print Defendant's Name

_____
Defendant's Counsel's Signature

## Donna R. Newman
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/12/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge